STRICKLAND V SECRETARY OF STATE, No. 152240; Court of Appeals No. 327466.

CITY OF GRAND RAPIDS V STRICKLAND, No. 152242; Court of Appeals No. 327467.

PEOPLE V KNIGHT, No. 152255; Court of Appeals No. 327532.

PEOPLE V JOSEPH JOHNSON, No. 152374; Court of Appeals No. 327092.

DEBOER V STRICKLAND, No. 152401; Court of Appeals No. 327867.

PEOPLE V CAIN, No. 152407; Court of Appeals No. 314342.

PEOPLE V JONATHAN HICKS, No. 152469; Court of Appeals No. 328059.

*In re* REINSTATEMENT OF RISHAR, No. 152471.

PEOPLE V RACETTE, No. 152476; Court of Appeals No. 314895.

PEOPLE V KELEL, No. 152485; Court of Appeals No. 321926.

PEOPLE V LAWRENCE, No. 152565; Court of Appeals No. 321433.

BANK OF NEW YORK MELLON V DUSSEAU, No. 152571; Court of Appeals No. 321438.


*Superintending Control Denied December 22, 2015:*

ROULEAU V ATTORNEY GRIEVANCE COMMISSION, No. 151999.


*Reconsideration Denied December 22, 2015:*

PEOPLE V MAURICE LEWIS, No. 150621; Court of Appeals No. 323536. Leave to appeal denied at 498 Mich 865.

BANK OF NEW YORK MELLON V JAAFAR, No. 150957; Court of Appeals No. 316521. Summary disposition at 498 Mich 860.

PEOPLE V CHARLES FRAZIER, No. 151100; Court of Appeals No. 317087. Leave to appeal denied at 498 Mich 867.

PEOPLE V PYNE, No. 151138; Court of Appeals No. 314684. Leave to appeal denied at 498 Mich 867.

MCALPINE V DONALD A BOSCO BUILDING, INC, No. 151256; Court of Appeals No. 316323. Leave to appeal denied at 498 Mich 884.

PEOPLE V BEAMON, No. 151291; Court of Appeals No. 324682. Leave to appeal denied at 498 Mich 868.

GRIEVANCE ADMINISTRATOR V DUNCHOCK, No. 151395. Leave to appeal denied at 498 Mich 868.